# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 12 | **DATE** | 1/3/2003 |
| **CASE TITLE** | USA vs. Jacobo Leyva-Bueno | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Accordingly "it plainly appears from the face of the motion and any annexed exhibits and the prior proceedings in the case that the movant is not entitled to relief in the district court" (Rule 4(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts). That compels the summary dismissal of the motion (id.), and this Court so orders. (1-1)

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | Document Number |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | JAN 0 7 2003 date docketed | |
| ✓ | Docketing to mail notices. | | | 2 |
| ✓ | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| SN | courtroom deputy's initials | 03 JAN -6 PM 3:57 U.S. DISTRICT COURT Date/time received in central Clerk's Office | date mailed notice mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) No. 03 C 00012
) (No. 00 CR 781-3)
JACOBO LEYVA-BUENO )
)
Defendant. )

**DOCKETED**

**JAN 0 7 2003**

MEMORANDUM ORDER AND OPINION

Jose Leyva-Bueno ("Leyva"), acting through new counsel, has just filed a document captioned "Motion To Vacate or Set Aside Sentence by A Person in Federal Custody," seeking to invoke 28 U.S.C. § 2255 ("Section 2255"). But because the motion on its face, together with the underlying documents from Leyva's criminal case, clearly confirm that the current motion has been filed beyond the statutory time limit, the motion is denied at the outset.

After he entered a March 30, 2001 guilty plea to Count Four of a three-defendant four-count indictment, Leyva was sentenced on June 28, 2001.[1] Over and above the fact that this Court distinctly recalls the meticulousness with which it conducted its Fed. R. Cr. B. 11 interrogation of Leyva to confirm that it was both knowing and voluntary (the latter issue is what is sought to be challenged by the current motion), Leyva's difficulty here is

---

[1] Both of those dates are confirmed in the Background section of Leyva's current motion.



that well over a year has therefore elapsed since his conviction became final. Under Section 2255 that kind of interval serves as a time bar to the motion.

Accordingly "it plainly appears from the face of the motion and any annexed exhibits and the prior proceedings in the case that the movant is not entitled to relief in the district court" (Rule 4(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts). That compels the summary dismissal of the motion (id.), and this Court so orders.

                                              Milton I. Shadur
                                              Senior United States District Judge

January 3, 2003